IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LIONEL DAW, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv969 |
| LARRY GIST STAT E JAIL | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Lionel Daw, Sr., proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice for want of prosecution.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this lawsuit.

    **SIGNED** this the 17 day of **March, 2008.**


_____
Thad Heartfield
United States District Judge

Case 1:07-cv-00969-TH-ESH   Document 7   Filed 03/17/08   Page 2 of 2 PageID #:  29